UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANMY LUNA,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Luna is currently detained at the Metropolitan Correctional Center. He has moved for release on bail. (Dkt. No. 31) No trial date has been set in this case, and the parties are currently reviewing discovery and contemplating pretrial motions.

The Government opposes the Defendant's application and consents to having Defendant's bail application decided on the papers. (Dkt. No. 36)

By **April 13, 2020**, Defendant will make a submission stating whether he consents to having his bail application decided on the papers, and waives his right to a hearing.

Dated: New York, New York
April 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge