UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANMY LUNA,

                Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Franmy Luna's sentencing will take place on **October 5, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Luna are due by **September 14, 2021**. The Government's submission is due by **September 21, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Luna.

Dated: New York, New York
       July 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge