UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FRANMY LUNA,

            Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the violation of supervised release hearing scheduled for June 14, 2022, will take place at **10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge