UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FRANMY LUNA,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ordered that pending receipt of a negative, laboratory-based COVID-19 test, and no sooner than June 17, 2022, Franmy Luna shall be released from custody;

It is further ordered that upon release, Luna will reside at the Bronx Residential Re-Entry Center located at 2534 Creston Avenue, Bronx, New York, from the date of release through the resolution of the violation of supervised release proceeding, during which time he will not be permitted to leave the facility except for a mental health assessment and evaluation, and mental health treatment, or other acceptable reasons as approved by the United States Probation Department. Luna will abide by the rules and regulations of the Bronx Residential Re-Entry Center;

It is further ordered that on or before June 15, 2022, the Bureau of Prisons, or a designee of the Bureau of Prisons, shall administer to Luna a laboratory-based COVID-19 test, such as a PCR test, or other laboratory-based test.

Dated: New York, New York
       June 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge