UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FRANMY LUNA,

           Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On June 14, 2022, Defendant Franmy Luna admitted to violating the conditions of his supervised release, and the Court adjourned sentencing to December 14, 2022. Luna was detained after his arrest on the supervised release violations. (Dkt. No. 170) At the June 14, 2022 proceeding, however, both sides proposed that Luna be released from detention on the conditions that (1) he receives a negative PCR test; and (2) be placed in the Bronx Residential Re-Entry Center located at 2534 Creston Avenue, Bronx, New York. The Court granted that application. (Dkt. No. 172) Today, the Government informed the Court that the Bronx Residential Re-Entry Center will not have a bed available for Luna until June 22, 2022. (June 17, 2022 Govt. Ltr. (Dkt. No. 173))

      Accordingly, with the consent of defense counsel, Luna will remain in custody until June 22, 2022, while he awaits placement in the Bronx Residential Re-Entry Center.

Dated: New York, New York
       June 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge